# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA

In re: Dion Holter  Case No.: 25-50078-KKS

Debtor(s)

Chapter 13

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation).

**PART A – GROSS MONTHLY INCOME** IN JULY

1. Gross Income for the month .................................................. $5889

**PART B – MONTHLY EXPENSES**

2. Net Employee Payroll (Other Than Debtor) ............................ $0
3. Payroll Taxes ......................................................................... $0
4. Unemployment Taxes ............................................................ $0
5. Worker's Compensation ........................................................ $0
6. Other Taxes ........................................................................... $0
7. Inventory Purchases (Including raw materials) ..................... $0
8. Purchase of Feed/Fertilizer/Seed/Spray ................................ $0
9. Rent (Other than debtor's principal residence) ..................... $0
10. Utilities .................................................................................. $172
11. Office Expense and Supplies ................................................ $20
12. Repairs and Maintenance ..................................................... $154
13. Vehicle Expenses (not fuel) .................................................. $0
14. Vehicle Fuel Purchases ........................................................ $105
15. Travel and Entertainment ..................................................... $0
16. Equipment Rental and Leases .............................................. $0
17. Legal/Accounting/Other Professional Fees .......................... $500
18. Insurance .............................................................................. $128
19. Total Monthly Expenses (Add items 2-19) ............................ $1079

20. **PART C – NET MONTHLY INCOME: 4810**

21. AVERAGE NET MONTHLY INCOME (Subtract item 20 from item 2) $4810

**PART D – Attach Bank Statements**

Certified to by:

Debtor's Signature  *[signature]*

Account Statement

Cash App
1955 Broadway, Suite 600
Oakland, CA 94612

Dion Holter
1135 N Bay Dr
Lynn Haven, FL 32444

| Balance on Jul 1 | | Change this month | | Balance on Jul 31 |
|---|---|---|---|---|
| $359.93 | − | $351.78 | = | $8.15 |

Money In + $2,295.00

Money Out − $2,646.78

Fees − $2.00



## Transactions

| Date | Description | Details | Fee | Amount |
|---|---|---|---|---|
| Jul 1 | PROG SELECT INS INS PREM | Direct debit | $0.00 | $128.67 |
| Jul 1 | FPL NORTHWEST FL ELEC PYMTS | Direct debit | $0.00 | $172.09 |
| Jul 1 | Amazon Prime | Cash App Card | $0.00 | $15.09 |
| Jul 1 | Apple.com Bill | Cash App Card | $0.00 | $43.98 |
| Jul 1 | From Meredith Marconi | Cash App payment | $0.00 | + $5.00 |
| Jul 1 | Apple.com Bill | Cash App Card | $0.00 | $4.00 |
| Jul 2 | From Clarke Coleman | Cash App payment | $0.00 | + $595.00 |
| Jul 2 | To Clarke Coleman | Cash App payment | $0.00 | $595.00 |
| Jul 3 | From Clarke Coleman | Cash App payment | $0.00 | + $595.00 |
| Jul 3 | To Clarke Coleman | Cash App payment | $0.00 | $595.00 |
| Jul 3 | Walmart Lynn Haven FL | Paper money deposit | $1.00 | + $91.00 |
| Jul 3 | Wal Mart Lynn Haven FL | Cash App Card | $0.00 | $5.86 |
| Jul 3 | Vending Machine Everett WA | Cash App Card | $0.00 | $2.00 |
| Jul 3 | Vending Machine Everett WA | Cash App Card | $0.00 | $2.00 |



July 2025

## Transactions

| Date | Description | Details | Fee | Amount |
|---|---|---|---|---|
| Jul 3 | Vending Machine Everett WA | Cash App Card | $0.00 | $2.00 |
| Jul 3 | Vending Machine Everett WA | Cash App Card | $0.00 | $2.00 |
| Jul 3 | Vending Machine Everett WA | Cash App Card | $0.00 | $2.00 |
| Jul 3 | Vending Machine Everett WA | Cash App Card | $0.00 | $1.60 |
| Jul 3 | Vending Machine Everett WA | Cash App Card | $0.00 | $0.40 |
| Jul 4 | Apple.com Bill | Cash App Card | $0.00 | $18.99 |
| Jul 8 | Apple Com Bill Cupertino CA | Cash App Card | $0.00 | $2.99 |
| Jul 8 | Audible | Cash App Card | $0.00 | $14.95 |
| Jul 10 | Amazon Mktplace Pmts | Cash App Card | $0.00 | $19.25 |
| Jul 15 | Walmart Lynn Haven FL | Paper money deposit | $1.00 | +$499.00 |
| Jul 17 | FPL NORTHWEST FL ELEC PYMTS | Direct debit | $0.00 | $131.89 |
| Jul 17 | Amazon.com | Cash App Card | $0.00 | $55.89 |
| Jul 18 | Dollar General Dg Panama City FL | Cash App Card | $0.00 | $5.89 |
| Jul 18 | To Meredith Marconi | Cash App payment | $0.00 | $12.00 |



## Transactions

| Date | Description | Details | Fee | Amount |
|---|---|---|---|---|
| Jul 24 | Panama City | Cash App Card | $0.00 | $72.15 |
| Jul 24 | Grocery Outlet Lynn Haven FL | Cash App Card | $0.00 | $19.29 |
| Jul 25 | O'reilly Lynn Haven FL | Cash App Card | $0.00 | $26.74 |
| Jul 25 | Nst The Home Depot Panama City FL | Cash App Card | $0.00 | $108.04 |
| Jul 25 | Office Depot Panama City FL | Cash App Card | $0.00 | $1.98 |
| Jul 27 | YouTube Member Mountain View CA | Cash App Card | $0.00 | $10.94 |
| Jul 27 | Shell Service Station Lynn Haven FL | Cash App Card | $0.00 | $32.83 |
| Jul 27 | Dollar General Dg Panama City FL | Cash App Card | $0.00 | $7.76 |
| Jul 28 | Sams Club Panama City FL | Cash App Card | $0.00 | $15.92 |
| Jul 28 | Grocery Outlet Lynn Haven FL | Cash App Card | $0.00 | $6.90 |
| Jul 29 | From Clarke Coleman | Cash App payment | $0.00 | +$250.00 |
| Jul 29 | Amazon Mktplace Pmts | Cash App Card | $0.00 | $10.69 |
| Jul 30 | Chime San Francisco CA | Cash App Card | $0.00 | +$260.00 |
| Jul 30 | Google YouTube | Cash App Card | $0.00 | $500.00 |